IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAKINS SACKIE,
        Plaintiff,

v.

OFFICER DAMEIN LOBACH, *et al.*,
        Defendants.

Civil No. 5:24-cv-02941-JLS

### ORDER

**AND NOW,** this 30th day of October, 2025, **IT IS HEREBY ORDERED** that:

1. The Motion of Defendant Damein Lobach for partial summary judgment is **GRANTED**.
2. The Motion of Defendants Mayor Matthew Tuerk, Chief Charles Roca and the City of Allentown for partial summary judgment is **GRANTED**.
3. Judgment is **ENTERED** in favor of Defendant Damein Lobach and against Plaintiff Dakins Sackie on Count One of the Complaint but without prejudice to refiling Count One against Damein Lobach as a *Bivens* claim.
4. Judgment is **ENTERED** in favor of Defendants Mayor Matthew Tuerk, Chief Charles Roca and the City of Allentown and against Plaintiff on Counts Two and Three of the Complaint, with prejudice.
5. Count Four is **DISMISSED** as to Defendant Damein Lobach without prejudice.
6. Count Five is **DISMISSED** as to Defendant Damein Lobach without prejudice.
7. Count Five is **DISMISSED** as to Defendants Mayor Matthew Tuerk, Chief Charles Roca and the City of Allentown with prejudice.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**