**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAKINS SACKIE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil No. 5:24-cv-02941-JLS** |
| | : | |
| **OFFICER DAMEIN LOBACH, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW,** this 11th day of August, 2026, **IT IS HEREBY ORDERED** that:

1. The Defendants' motion to dismiss the Amended Complaint [Doc. 57] is **GRANTED**.
2. Count One of the Amended Complaint is **DISMISSED** with prejudice.
3. Count Two of the Amended Complaint is **DISMISSED** without prejudice to Plaintiff refiling his FTCA claim after he has exhausted his administrative remedies.
4. Counts Three and Four are DISMISSED without prejudice to Plaintiff refiling these claims along with his FTCA claim.
5. The Clerk is **DIRECTED** to mark this case as **TERMINATED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**